No. 337. Puett Electrical Starting Gate Corp. *v.* Harford Agricultural & Breeders' Association et al. C. A. 4th Cir. Certiorari denied. *Daniel L. Morris, Edward G. Curtis, Truman S. Safford* and *Joseph V. Meigs* for petitioner. *W. Brown Morton* and *J. Cookman Boyd, Jr.* for respondents.

No. 340. Anglin et al. *v.* Bender. Supreme Court of Georgia. Certiorari denied. *J. C. Murphy* and *Henry L. Bowden* for petitioners. *Harold Sheats* for respondent.

No. 272. Morford *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Mr. Justice Clark took no part in the consideration or decision of this application. *Abraham J. Isserman, David Rein* and *Joseph Forer* for petitioner. *Solicitor General Perlman* for the United States.

No. 316. Swift & Co. *v.* Reconstruction Finance Corp. C. A. 7th Cir. Certiorari denied. The Chief Justice took no part in the consideration or decision of this application. *Edward R. Johnston, Albert E. Jenner, Jr., Edgar Byron Kixmiller* and *William N. Strack* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Hollander* for respondent.

No. 34, Misc. Kunkle *v.* Ashe, Warden. Supreme Court of Pennsylvania. Certiorari denied.

No. 138, Misc. Dorsey *v.* United States. C. A. 5th Cir. Certiorari denied. *Bart. A. Riley* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.